980 So.2d 686 (2008)
STATE ex rel. Charles RODGERS
v.
STATE of Louisiana.
No. 2007-KH-1700.
Supreme Court of Louisiana.
May 9, 2008.
In re Rodgers, Charles;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of St. Tammany, 22nd Judicial District Court Div. E, No. 317886-1; to the Court of Appeal, First Circuit, No. 2007 KW 0968.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.